James X. Bormes (*pro hac vice*)
Catherine P. Sons (*pro hac vice*)
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND COLLECTIVE MEMBERS**

Thomas M. Ryan (*pro hac vice*)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Terri Hayford, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>Santander Consumer USA, Inc.,<br><br>     Defendant. | No.: 2:20-cv-01808-JJT<br><br>**PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terri Hayford and Defendant Santander Consumer USA Inc., pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, the parties stipulate that each party will bear its own costs, expenses, and attorneys' fees, except as otherwise provided in the Settlement Agreement.

DATED this 3rd day of February 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Terri Hayford, | Santander Consumer USA Inc. |
| /s/ James X. Bormes | /s/ T. Cullen Wallace |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| James X. Bormes (*pro hac vice*) | T. Cullen Wallace |
| Catherine P. Sons (*pro hac vice*) | Morgan Lewis & Bockius LLP |
| Law Office of James X. Bormes, P.C. | 1000 Louisiana Street |
| 8 South Michigan Avenue | Suite 4000 |
| Suite 2600 | Houston, TX 77002 |
| Chicago, Illinois 60603 | 713-890-5000 |
| 312-201-0575 | |
| | Sam S. Shaulson |
| Thomas M. Ryan (*pro hac vice*) | Morgan Lewis & Bockius LLP |
| Law Office of Thomas M. Ryan, P.C. | 101 Park Avenue |
| 35 E. Wacker Drive | New York, NY 10178 |
| Suite 650 | 212-309-6000 |
| Chicago, Illinois 60601 | |
| 312-727-3400 | Christopher P. Jaynes |
| | Morgan Lewis & Bockius LLP |
| LOCAL COUNSEL: | 1717 Main Street |
| Michelle R. Matheson #019568 | Suite 3200 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com

*Attorneys for Plaintiff*

Dallas, Texas 75201
214-466-4000

*Attorneys for Defendant*