# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terri Hayford,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Santander Consumer USA Incorporated,<br><br>　　　　　Defendant. | No. CV-20-01808-PHX-JJT<br><br>**ORDER** |

　　　Upon review of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 24), and good cause appearing,

　　　IT IS ORDERED granting the Stipulation (Doc. 24). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

　　　IT IS FURTHER ORDERED directing the Clerk to close this matter.

　　　Dated this 4th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　United States District Judge